750 A.2d 772

IN THE MATTER OF SONIA D. HARRIS,
AN ATTORNEY AT LAW.

May 18, 2000.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *R.* 1:20–3(g)(3) and *R.* 1:20–11 seeking the immediate temporary suspension from practice of **SONIA D. HARRIS** of **EAST ORANGE**, who was admitted to the bar of this State in 1987;

And respondent through counsel having consented to a temporary suspension from practice pending the conclusion of ethics proceedings against her;

And good cause appearing;

It is ORDERED that **SONIA D. HARRIS** is temporarily suspended from the practice of law pending the conclusion of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **SONIA D. HARRIS** pursuant to *R.* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown; and it is further

ORDERED that **SONIA D. HARRIS** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **SONIA D. HARRIS** comply with *Rule* 1:20–20 dealing with suspended attorneys.